# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| Lydia Marshall | § § | Case No. 11-50839 |
| Debtor(s) | § | |

## NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that STEVEN R. RADTKE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> 219 S. Dearborn Street
> Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee application(s) and any objection to the Final Report will be held at:

> 9:30 a.m. on August 30, 2012
> in Courtroom 680, U.S. Courthouse
> 219 South Dearborn Street, Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee application(s), the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____Kenneth S. Gardner_____
                                              Clerk of the Bankruptcy Court

*STEVEN R. RADTKE*
*79 WEST MONROE STREET*
*SUITE 1305*
*CHICAGO, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Lydia Marshall | § | Case No. 11-50839 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,426.09 |
| and approved disbursements of | $ | 16.49 |
| leaving a balance on hand of[1] | $ | 4,409.60 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: STEVEN R. RADTKE | $ 1,106.52 | $ 0.00 | $ 1,106.52 |
| Trustee Expenses: STEVEN R. RADTKE | $ 2.45 | $ 0.00 | $ 2.45 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,108.97 |
| Remaining Balance | | $ | 3,300.63 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,526.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 7,978.31 | $ 0.00 | $ 1,502.52 |
| 2 | Quantum3 Group Llc As Agent For | $ 109.03 | $ 0.00 | $ 20.53 |
| 3 | N. A. Fia Card Services | $ 9,438.70 | $ 0.00 | $ 1,777.55 |

Total to be paid to timely general unsecured creditors       $       3,300.60

Remaining Balance                                             $           0.03

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Steven R. Radtke
Steven R. Radtke, Trustee

STEVEN R. RADTKE
79 WEST MONROE STREET
SUITE 1305
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-50839-JPC
Lydia Marshall                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: pgordon           Page 1 of 3         Date Rcvd: Aug 01, 2012
                            Form ID: pdf006         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2012.
```
db           Lydia Marshall,    735 E. 95th Place,    Chicago, IL  60619
18278588     BANK OF AMERICA,    ACCOUNT # 5452360018973651,    PO BOX 851001,    DALLAS, TX 75285-1001
18278592    +BLATT, HASENMILLER,LEBSKER & MOORE LLC,    CASE # 11M1 143449,    125 SOUTH WACKER DR. SUITE 400,
              CHICAGO, IL 60606-4440
18278582    +CITY OF CHICAGO EMS,    ACCOUNT # 6416393,    33589 TREASURY CENTER,    CHICAGO, IL 60694-3500
18278569   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: DELL FINANCIAL SERVICES,    ACCOUNT # 6879450129028517426,
              1 DELL WAY PS2DF-22,    ROUND ROCK,TX 78682)
18278573    +DSNB/ MACYS,    ACCOUNT # 438124987,    PO BOX 8218,    MASON, OH 45040-8218
18815252     FIA CARD SERVICES, N.A. as sucessor in interest,    to Bank of America, N.A. (USA),
              and MBNa America Bank, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18278574    +FIFTH THIRD BANK,    ACCOUNT # 00863951331,    5050 KINGSLEY DR,    MD# 1MOC2N,
              CINCINNATI, OH 45227-1115
18278591     FIRSTSOURCE ADVANTAGE,LLC.,    ACCOUNT # 17932512,    PO BOX 628,    BUFFALO, NY 14240-0628
18278577    +HSBC CARSON'S,    ACCOUNT # 117137,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
18278587     LINEBARGER GOGGAN BLAIR & SAMPSON, LLP.,    ACCOUNT # 233054063,    PO BOX 06268,
              CHICAGO, IL 60606-0268
18278586     LINEBARGER GOGGAN BLAIR & SAMPSON, LLP.,    ACCOUNT # 233608249,    PO BOX 06268,
              CHICAGO, IL 60606-0268
18278570    +SEARS/CBNA,    ACCOUNT # 5121079753307039,    701 E.60TH ST NORTH,    PO BOX 6241,
              SIOUX FALLS,SD 57117-6241
18278583    +SRA ASSOCIATES, INC.,    ACCOUNT # 02271377,    401 MINNETONKA RD.,    HI NELLA, NJ 08083-2914
18370290    +Stroger Hospital,    Attn: Linebarger Goggan,    PO Box 06268,    Chicago, Illinois 60606-0268
18278585     THE UNIVERSITY OF CHICAGO MEDICAL CENTER,    ACCOUNT # 331108100,    15965 COLLECTIONS CENTER DRIVE,
              CHICAGO, IL 60619
18278584     THE UNIVERSITY OF CHICAGO PHYSICIANS GROUP,    ACCOUNT # 3-1218219,    75 REMITTANCE DRIVE,,
              SUITE 1385,    CHICAGO, IL 60675-1385
18278571     TNB-VISA,    ACCOUNT # 435237668550,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
18278572   ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US DEPT OF EDUCATION,    ACCOUNT # N200205003356,    501 BLEECKER ST,
              UTICA, NY 13501)
18370289    +University of Chicago Medical Center,    15965 Collections Center Drive,
              Chicago, Illinois 60693-0159
18370288     University of Chicago Physician's Group,    75 Remittance Drive, Ste. 1385,
              Chicago, Illinois 60675-1385
18278580     WFNNB/ROAMANS,    ACCOUNT # 17154,    PO BOX 182789,    COLUMBUS, OH 43218-2789
18278581     WFNNB/VICTORIA'S SECRET,    ACCOUNT # 89264,    PO BOX 18278,    COLUMBUS, OH 43218-2789
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18631889     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 02 2012 04:52:00
              American InfoSource LP as agent for,    Target,    PO Box 248866,    Oklahoma City, OK  73124-8866
18278575     E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:06:50      GECRB/JC PENNEY,
              ACCOUNT # 600889249362,    PO BOX 965001,    ORLANDO, FL 32896-5001
18278576     E-mail/PDF: gecsedi@recoverycorp.com Aug 02 2012 05:04:30      GECRB/SAMS,
              ACCOUNT # 771423065435,    PO BOX 965005,    ORLANDO, FL 32896-5005
18278589     E-mail/Text: bankruptcydepartment@ncogroup.com Aug 02 2012 04:55:27      NCO FINANCIAL SYSTEMS,
              ACCOUNT # 5452360999048309,    PO BOX 17080,    WILMINGTON, DE 19850-7080
18278578    +E-mail/Text: electronicbkydocs@nelnet.net Aug 02 2012 04:43:34      NELNET,    ACCOUNT # 3406057,
              3015 S PARKER RD,    STE 400,    AURORA, CO 80014-2904
18724408     E-mail/Text: bnc-quantum@quantum3group.com Aug 02 2012 03:20:30
              Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
              Kirkland, WA  98083-0788
                                                                                               TOTAL: 6
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18278567       CREDITOR MATRIX
18278579*    +NELNET,    ACCOUNT # 3406057,    3015 S. PARKER RD,    STE 400,    AURORA, CO 80014-2904
18278568    ##BANK OF AMERICA,    ACCOUNT # 5452360999048309,    PO BOX 17054,    WLMINGTON, DE 19850-7054
18370291    ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
18278590    ##TARGET NATIONAL BANK,    ACCOUNT # 30926293,    PO BOX 59317,    MINNEAPOLIS, MN 55459-0317
                                                                                              TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon              Page 2 of 3            Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 03, 2012**                    **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: pgordon              Page 3 of 3                  Date Rcvd: Aug 01, 2012
                              Form ID: pdf006            Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2012 at the address(es) listed below:
              Khoi  Dang-Vu    on behalf of Debtor Lydia Marshall dangvulaw@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven R Radtke    sradtke@chillchillradtke.com, sradtke@ecf.epiqsystems.com
              Terri M Long    on behalf of Creditor  Fifth Third Bank Courts@tmlong.com
                                                                                             TOTAL: 4

Case 11-50839    Doc 35    Filed 08/01/12    Entered 08/03/12 23:53:22    Desc Imaged
Certificate of Notice    Page 7 of 7