*Final distribution amounts to the two largest unsecured claimants increased slightly due to interest continuing to accrue on total amount of funds to be distributed.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Lydia Marshall | § | Case No. 11-50839 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN R. RADTKE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ _____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ _____ (see **Exhibit 2**), yielded net receipts of $ _____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/STEVEN R. RADTKE _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEVEN R. RADTKE | | | | | |
| STEVEN R. RADTKE | | | | | |
| Bank of America | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | | | | | |
| 3 | N. A. Fia Card Services | | | | | |
| 2 | Quantum3 Group Llc As Agent For | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-50839 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | STEVEN R. RADTKE |
|---|---|---|---|---|---|---|

Case Name:   Lydia Marshall

For Period Ending:   10/11/2012

Date Filed (f) or Converted (c):   12/20/2011 (f)

341(a) Meeting Date:   02/06/2012

Claims Bar Date:   06/12/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Cash on hand | 6.00 | 6.00 | | 0.00 | FA |
| 2.  checking account at Chase Bank | 600.00 | 0.00 | | 0.00 | FA |
| 3.  Household goods and furnishings | 3,000.00 | 0.00 | | 0.00 | FA |
| 4.  Personal Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 5.  City Colleges of Chicago Pension | 15,000.00 | 0.00 | | 0.00 | FA |
| 6.  child support - Ed Washington | 66.66 | 66.66 | | 0.00 | FA |
| 7.  Surplus from secured party's sale of 2007 Hyundai Sante Fe a (u) | 4,425.93 | 4,425.93 | | 4,425.93 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.16 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)                    $23,398.59          $4,498.59                      $4,426.09               $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received surplus from secured party's sale of vehicle; waiting for claims to be filed and bar date (6/12/12) to pass; preparing TFR to submit to UST reviewer

RE PROP #          7  --   Surplus from secured party's sale of 2007 Hyundai Sante Fe automobile

Initial Projected Date of Final Report (TFR): 02/10/2014          Current Projected Date of Final Report (TFR): 02/10/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-50839 | |
| Case Name: Lydia Marshall | |

Exhibit 9

| | |
|---|---|
| Trustee Name: STEVEN R. RADTKE | |
| Bank Name: Associated Bank | |
| Account Number/CD#: XXXXXX0203 | |
| | Checking |
| Taxpayer ID No: XX-XXX9594 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/11/2012 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx1068 | Transfer of Funds | 9999-000 | $4,409.60 | | $4,409.60 |
| 09/05/12 | 1001 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 , | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,106.52 | $3,303.08 |
| 09/05/12 | 1002 | STEVEN R. RADTKE CHILL, CHILL & RADTKE, P.C. 79 WEST MONROE STREET SUITE 1305 CHICAGO, IL  60603 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $2.45 | $3,300.63 |
| 09/05/12 | 1003 | American Infosource Lp As Agent For Target Po Box 248866 Oklahoma City, Ok 73124-8866 | Final distribution to claim 1 representing a payment of 18.83 % per court order. | 7100-000 | | $1,502.53 | $1,798.10 |
| 09/05/12 | 1004 | Quantum3 Group Llc As Agent For World Financial Network Bank Po Box 788 Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 18.83 % per court order. | 7100-000 | | $20.53 | $1,777.57 |
| 09/05/12 | 1005 | N. A. Fia Card Services Fia Card Services, N.A. Po Box 15102 Wilmington, De 19886-5102 | Final distribution to claim 3 representing a payment of 18.83 % per court order. | 7100-000 | | $1,777.57 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,409.60 | $4,409.60 |
| Less: Bank Transfers/CD's | $4,409.60 | $0.00 |
| Subtotal | $0.00 | $4,409.60 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,409.60 |

| | | |
|---|---|---|
| Page Subtotals: | $4,409.60 | $4,409.60 |

Case 11-50839   Doc 37   Filed 10/15/12   Entered 10/15/12 13:07:26   Desc Main
Document   Page 8 of 10

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-50839 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Lydia Marshall | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX0522 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX9594 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/11/2012 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/12 | 7 | Fifth Third Bank 1830 E. Paris SE MD# RSCB3E Grand Rapids, MI 49546 | surplus from secured party's sale of 2007 Hyundai Sante Fe automobile | 1229-000 | $4,425.93 | | $4,425.93 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $4,425.95 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.04 | | $4,425.99 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.62 | $4,420.37 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,420.41 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.62 | $4,414.79 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $4,414.82 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.25 | $4,409.57 |
| 07/25/12 | INT | Bank of America | Post accrued interest for account number 4437830522. | 1270-000 | $0.03 | | $4,409.60 |
| 07/25/12 | | Transfer to Acct # xxxxxx1068 | Transfer of Funds from MMA account xxx0522 to Checking account xxx1068 | 9999-000 | | $4,409.60 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,426.09 | $4,426.09 |
| Less: Bank Transfers/CD's | $0.00 | $4,409.60 |
| Subtotal | $4,426.09 | $16.49 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,426.09 | $16.49 |

| | | |
|---|---|---|
| Page Subtotals: | $4,426.09 | $4,426.09 |

Case 11-50839   Doc 37   Filed 10/15/12   Entered 10/15/12 13:07:26   Desc Main
Document   Page 9 of 10

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-50839 | Trustee Name: STEVEN R. RADTKE |
| Case Name: Lydia Marshall | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX1068 |
| | Checking |
| Taxpayer ID No: XX-XXX9594 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/11/2012 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/25/12 | | Transfer from Acct # xxxxxx0522 | Transfer of Funds from MMA account xxx0522 to Checking account xxx1068 | 9999-000 | $4,409.60 | | $4,409.60 |
| 08/31/12 | | Transfer to Acct # xxxxxx0203 | Transfer of Funds | 9999-000 | | $4,409.60 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,409.60 | $4,409.60 |
| Less: Bank Transfers/CD's | $4,409.60 | $4,409.60 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $4,409.60   $4,409.60

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0203 - Checking | $0.00 | $4,409.60 | $0.00 |
| XXXXXX0522 - Money Market Account | $4,426.09 | $16.49 | $0.00 |
| XXXXXX1068 - Checking | $0.00 | $0.00 | $0.00 |
| | $4,426.09 | $4,426.09 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,426.09 |
| Total Gross Receipts: | $4,426.09 |

Page Subtotals:                         $0.00          $0.00